**CLOSED**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DULCE CUCO, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-5347 (SRC) |
| UNITED STATES OF AMERICA. (FEDERAL BUREAU OF PRISONS), | : **ORDER** |
| Defendant. | : |

**CHESLER, U.S.D.J.**

This matter comes before this Court following the Report and Recommendation ("R&R") filed on September 7, 2007 by Magistrate Judge Claire C. Cecchi, pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2). The R&R recommended that Defendant's motion to transfer [docket item #13] be granted. The time for filing objections to the R&R has expired, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); FED. R. CIV. P. 72(b). This Court has reviewed the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Cecchi's analysis and conclusion. Therefore,

IT IS on this 2nd day of October, 2007,

**ORDERED** that Magistrate Judge Cecchi's R&R [docket item #15] is adopted as the opinion of the Court; and it is

**ORDERED** that Defendant's motion to transfer is hereby **GRANTED**, and this case shall be marked **CLOSED**.

s/ Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.
